William Edgar Baker v. Alan G. Baker, Jr., and Others, Impleaded with Marian Lindley Dana and Others.— Motion for leave to appeal to the Court

of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.